UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| CARISA A. SNYDER,<br><br>   Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>   Defendant. | )<br>)<br>)<br>)  Cause No. 1:19-cv-00211-WCL-SLC<br>)<br>)<br>)<br>)<br>) |

## SECOND INTERIM REPORT OF MEDIATOR

Mediation in this case has been scheduled to take place on Monday, May 10, 2021 commencing at 9:30 a.m. The undersigned will report to this Court thereafter as to whether settlement is achieved. Many thanks for the appointment!

BARRETT McNAGNY LLP

Dated: 2/8/2021

/s/ Kevin K. Fitzharris
Kevin K. Fitzharris, #15425-02
215 East Berry Street
P.O. Box 2263
Fort Wayne, IN 46801-2263
(260) 423-9551
E-mail: kkf@barrettlaw.com

Copies to:

Dennis H. Geisleman, Esq.
Dennis R. Brown, Esq.
GEISLEMAN & BROWN
Harrison Place, Suite 100
919 S. Harrison Street
Fort Wayne, IN 46802

Deborah M. Leonard, Esq.
Lauren Waxler, Esq.
U.S. Attorney's Office
Northern District of Indiana
3128 Federal Building
1300 South Harrison Street
Fort Wayne, IN  46801

2870805