UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| CARISA A. SNYDER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 1:19-cv-211 |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF RESOLUTION

Comes now Plaintiff, Carisa A. Snyder, by counsel, and notifies the Court that the parties have reached an agreement in this matter on February 26, 2021. The dismissal pleadings will be forthcoming. There are currently no hearings or trial dates scheduled. The remaining deadlines should be vacated.

Respectfully Submitted,

GEISLEMAN & BROWN, LLP

*/s/ Dennis R. Brown*
Dennis R. Brown (20813-49)
919 South Harrison Street, Suite 100
Fort Wayne, IN 46802
(260) 420-2001

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court by using the appellate CM/ECF system on March 1, 2021.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the Court's CM/ECF system.

*/s/ Dennis R. Brown*
Dennis R. Brown (20813-49)
