UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| CARISA A. SNYDER,           )<br>                             )<br>         Plaintiff,          )<br>                             )<br>vs.                          )<br>                             )<br>UNITED STATES OF AMERICA,    )<br>                             )<br>         Defendant.          ) | Case No. 1:19-cv-211 |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Comes now the Plaintiff, by counsel, and the Defendant, by counsel, and herein stipulate and agree that the above-entitled cause of action may be dismissed, with prejudice, as the same has been compromised and settled, costs paid, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

/s/ Dennis R. Brown
Dennis R. Brown (20813-49)
Dennis H. Geisleman (8254-02)
Attorneys for Plaintiff
Geisleman & Brown, LLP
919 South Harrison Street, Suite 100
Fort Wayne, IN 46802
(260) 420-2001

/s/ Lauren Waxler
Lauren Waxler
Assistant United States Attorney
United States Attorney's Office
Northern District of Indiana
5400 Federal Plaza, Suite 1500
Hammond, IN 46320
(219) 937-5500

/s/ Deborah M. Leonard
Deborah M. Leonard
Assistant United States Attorney
United States Attorney's Office
Northern District of Indiana
1300 South Harrison Street, Room 3128
Fort Wayne, IN 46802
(260) 422-2595